

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PETER MANUEL CANDELARIA, | § | No. 08-20-00009-CR |
| Appellant, | § | Appeal from the |
| v. | § | 118th District Court |
| THE STATE OF TEXAS, | § | of Howard County, Texas |
| Appellee. | § | (TC#15,558) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed to reflect TEX.PENAL CODE ANN. § 22.02(b)(2)(B. We therefore affirm the judgment of the trial court as reformed, in accordance with the opinion of this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD OF APRIL, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.